[No. 27460-8-III.   Division Three.   June 9, 2009.]

JOHN A. JAMESON ET AL., *Appellants*, v. NICHOLAS POLELLO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03805-6, Robert D. Austin, J., entered September 5, 2008. *Reversed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 36589-8-II.   Division Two.   June 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ISMAEL ROUN LES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00640-4, Christine A. Pomeroy, J., entered July 24, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 36740-8-II.   Division Two.   June 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW S. KENNEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01203-9, James J. Stonier, J., entered September 6, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 37314-9-II.   Division Two.   June 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN PRESTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05249-0, Bryan E. Chushcoff, J., entered January 16, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.